# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1476
LT Case No. 2020-030510-CICI

_____

SECURITY FIRST INSURANCE
COMPANY d/b/a Security First
Florida,

    Appellant,

    v.

ARTIE M. ECHAVARRIA and
ARGIRO ECHAVARRIA,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Mark D. Tinker and Brandon J. Tyler, of Cole, Scott & Kissane,
P.A., Tampa, for Appellant.

Mark A. Nation, of The Nation Law Firm, LLP, Longwood, for
Appellees.

September 12, 2025

PER CURIAM.

    In this breach of an insurance contract action, Security First
Insurance Company appeals the final judgment entered against it
and in favor of the appellees, Artie Echavarria and Argiro

Echavarria, after a jury trial that awarded the Echavarrias damages for what was referred to at trial as "tear out" costs. We reverse the final judgment and remand with directions for the trial court to enter final judgment in favor of Appellant. *See People's Tr. Ins. v. Diaz*, 411 So. 3d 444 (Fla. 5th DCA 2023); *People's Tr. Ins. v. Banks*, 388 So. 3d 862 (Fla. 3d DCA 2023); *People's Tr. Ins. v. Gunsser*, 373 So. 3d 422 (Fla. 6th DCA 2023).

REVERSED and REMANDED, with directions.

MAKAR, LAMBERT, and HARRIS, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---